UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALEXANDRA GERENA and
CONSTANCE GERENA,

                Plaintiffs,

  - against -

GREGORY KORB and
YALE UNIVERSITY,

                Defendants.
------------------------------------------------------------------x

ECF CASE

07 Civ. 3976 (LBS)

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Yale University respectfully submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1. Yale University is a nonprofit, nonstock, specially chartered corporation, which has no parent corporation.

Dated: New York, New York
        May 22, 2007

                                    WIGGIN AND DANA LLP

                                    By: _____
                                        R. Scott Greathead (RSG 7824)

                                      450 Lexington Avenue
                                      Suite 3800
                                      New York, New York 10017
                                      Tel: (212) 490-1700
                                      Fax: (212)490-0536
                                      Email: sgreathead@wiggin.com

                                      *Attorneys for Defendant Yale University*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Local Civil Rule 5.3, this is to certify that on this 22nd day of May, 2007, a copy of the foregoing has been mailed, by overnight delivery service, to the following:

David Rabin, Esq.
Rabin Law Office
3889 Crompond Road
Cortlandt Manor, NY  10567

Attorney for Plaintiffs

The address of defendant Gregory Korb is not presently known despite good faith efforts.

_____
R. Scott Greathead  (RSG 7824)

\490\197\51598.1