UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALEXANDRA GERENA and                    :
CONSTANCE GERENA,                       :      ECF CASE
                                        :
                 Plaintiffs,            :      07 Civ. 3976 (LBS/GWG)
                                        :
     - against -                        :      **NOTICE OF CONSENT**
                                        :      **TO REMOVAL**
GREGORY KORB and                        :
YALE UNIVERSITY,                        :
                                        :
                 Defendants.            :
------------------------------------------------------------------x

On May 22, 2007, defendant Yale University (the "University") removed this action pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 from the Supreme Court, State of New York, Bronx County, to this Court. At that time, the University represented that codefendant Gregory Korb consented to removal. In support of that representation, the University respectfully submits the attached written Consent to Removal, executed by Mr. Korb.

Dated: New York, New York
       June 13, 2007

                                        **WIGGIN AND DANA LLP**


                                        By:___/s/ R. Scott Greathead_____
                                            R. Scott Greathead (RSG 7824)
                                            450 Lexington Avenue
                                            Suite 3800
                                            New York, New York 10017
                                            Tel: (212) 490-1700
                                            Fax: (212)490-0536
                                            Email: sgreathead@wiggin.com

                                        *Attorneys for Defendant Yale University*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 13, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system. In addition, pursuant to Federal Rule of Civil Procedure 5 and Local Civil Rule 5.3, I certify that, on June 13, 2007, a copy of the foregoing has been mailed, by overnight delivery service, to the following:

David Rabin, Esq.
Rabin Law Office
3889 Crompond Road
Cortlandt Manor, NY  10567


    /s/  R. Scott Greathead
R. Scott Greathead  (RSG 7824)

\490\197\51896.2

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ALEXANDRA GERENA and
CONSTANCE GERENA,

                Plaintiffs,

  - against -

GREGORY KORB and
YALE UNIVERSITY,

                Defendants.
----------------------------------------------------------------x

ECF CASE

07 Civ. 3976 (LBS/GWG)

## CONSENT TO REMOVAL

I, Gregory Korb, consent to Yale University's request to remove this matter from Bronx County Supreme Court to the United States District Court in the Southern District of New York. I do not waive any rights in this matter including the right to contest personal jurisdiction in this matter or issues relating to service of process.

By: _____
      Gregory Korb