# Exhibit 1

Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, New York
10017-3913
www.wiggin.com

R. Scott Greathead
212.551.2615
212.490.0536 fax
sgreathead@wiggin.com

# WIGGIN AND DANA

*Counsellors at Law*

**VIA HAND DELIVERY**

September 4, 2007

Honorable Leonard B. Sand
U.S. District Judge
U.S. Courthouse
Room 1650
500 Pearl Street
New York, NY 10007-1312

Re:  Gerena v. Korb and Yale University
     SDNY, 07 Civ. 3976 (LBS)

Dear Judge Sand:

We are counsel for defendant Yale University ("Yale") and are submitting this status letter in accordance with the Court's order at the July 16, 2007 conference. At this time, plaintiff has not served the summons and complaint on Yale. Yale lacks information on whether any co-defendant has been served with process. Accordingly, Yale is not proposing a schedule for any substantive motions at this time in this case.

Respectfully yours,

R. Scott Greathead

cc:  Honorable Gabriel W. Gorenstein
     U.S. Magistrate Judge

     David Rabin, Esq. (by Fax)
     Counsel for plaintiffs

     Richard Emery, Esq. (by Fax)
     Counsel for defendant Korb

*New Haven  Stamford  New York  Hartford  Philadelphia*