# Exhibit 2

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

September 4, 2007

**By Hand**

The Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007-1312

Re:   *Gerena v. Korb, et. al.*, 07 Civ. 3976 (LBS) (GWG)

Your Honor:

This firm represents defendant Gregory Korb in the above-referenced matter and we write pursuant to Your Honor's order at the July 16, 2007 court conference, directing the parties to provide a status letter updating the Court on service of process and any potential motions in this case. We respectfully submit this letter in accordance with Your Honor's request, but its submission should in no way be construed as an appearance in this case or waiver of Mr. Korb's rights regarding service of process. Presently, Mr. Korb has not been served with process in this case. Moreover, it is our position that there is no jurisdiction over Mr. Korb in New York. Accordingly, we intend to move to dismiss this case for lack of personal jurisdiction.

Respectfully Submitted,

Richard D. Emery

c:   Honorable Gabriel W. Gorenstein
     U.S. Magistrate Judge

     David Rabin, Esq. (*by facsimile*)
     Attorney for Plaintiff

     R. Scott Greathead (*by facsimile*)
     Attorney for defendant Yale