UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDRA GERENA and
CONSTANCE GERENA,

                Plaintiffs,

  - against -

GREGORY KORB and
YALE UNIVERSITY,

                Defendants.
------------------------------------------------------------x

ECF CASE

07 Civ. 3976 (LBS/GWG)

**DECLARATION OF
SUSAN SAWYER
IN SUPPORT OF
MOTION TO DISMISS
OR TRANSFER**

Susan Sawyer declares as follows:

1. I am over eighteen years old and understand the meaning and obligation of an oath.

2. I submit this declaration in support of Yale University's Motion to Dismiss or Transfer.

3. I am Associate General Counsel for Yale University and make this declaration based on personal knowledge of the facts contained herein.

4. Yale University was not served with a summons or complaint in this action prior to the removal of this action on May 22, 2007 from the New York Supreme Court to this Court.

5. On October 29, 2007, a process server left in my hands, at the Office of the Vice President and General Counsel of Yale University, a copy of a summons and the complaint in this action.

6. Attached hereto as Exhibit 1 is a true and correct copy of the summons left by the process server on October 29, 2007. The summons accompanied a copy of the complaint.

7. I have confirmed with the Registrar of Yale University that the business records of the Registrar show that Alexandra Gerena is presently enrolled as a student at Yale University.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Haven, Connecticut on this 16 day of November, 2007.

Susan Sawyer

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system. In addition, pursuant to Federal Rule of Civil Procedure 5 and Local Civil Rule 5.3, I certify that, on November 19, 2007, a copy of the foregoing has been mailed, by overnight delivery service, to the following:

David Rabin, Esq.
Rabin Law Office
3889 Crompond Road
Cortlandt Manor, NY  10567

                                                  /s/ R. Scott Greathead
                                                  R. Scott Greathead  (RSG 7824)

\490\197\53483.1 [N.Y.]