**EXHIBIT 1**

SUPREME COURT : STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X
ALEXANDRA GERENA and CONSTANCE
GERENA,

              Plaintiffs,

against

GREGORY KORB and YALE UNIVERSITY,

             Defendants.
-----------------------------------------------------------X

Date Purchased:
Index No.: 14413-07

**SUMMONS**

Plaintiff designates
**Bronx County**
as the place of trial

The basis of venue is:
residence of plaintiff

**TO THE ABOVE NAMED DEFENDANTS:**

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answers or, if the complaint is not served with this summons, to serve a notice of appearance, on plaintiff's attorney within twenty (20) days after service of this summons, exclusive of the day of service ( or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED: March 30, 2007

*a true copy*
*attest*
*Alphons[e] Collibs*
*State Marshal*
*10/29/2007*

David Rabin, Esq.
Attorney for Plaintiffs
3889 Crompond Road
Cortlandt Manor, NY 10567
(914) 739-3209