UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ALEXANDRA GERENA and  : 07 Civ. 3976 (LBS/GWG)
CONSTANCE GERENA,  :
: **LIMITED NOTICE**
: **OF APPEARANCE**
:
Plaintiffs,  : ECF
:
-against-  :
:
GREGORY KORB and  :
YALE UNIVERSITY,  :
:
Defendants.  :
---------------------------------------------------------X

PLEASE TAKE NOTICE that Kennisha A. Austin (KA 1269) of **EMERY CELLI BRINCKERHOFF & ABADY LLP** hereby submits this Limited Notice of Appearance for Purposes of Contesting Jurisdiction as counsel for **DEFENDANT, GREGORY KORB** in the above-entitled action and requests that all papers filed through the ECF system be served upon her by e-mail.

Dated: New York, New York
December 4, 2007

By: _____/s/_____
Kennisha A. Austin (KA 1269)

EMERY CELLI BRINCKERHOFF
& ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

*Attorneys for Plaintiff*

ECBA LLP\1545\1\00002933.WPD