UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| ALEXANDRA GERENA and<br>CONSTANCE GERENA,<br><br>    Plaintiffs,<br><br>-against-<br><br>GREGORY KORB and<br>YALE UNIVERSITY,<br><br>    Defendants. | 07 Civ. 3976 (LBS/GWG)<br><br>**LIMITED NOTICE<br>OF APPEARANCE**<br><br>ECF |

------------------------------------------------------X

PLEASE TAKE NOTICE that Richard D. Emery (RE 5181) of **EMERY CELLI BRINCKERHOFF & ABADY LLP** hereby submits this Limited Notice of Appearance for Purposes of Contesting Jurisdiction as counsel for **DEFENDANT, GREGORY KORB** in the above-entitled action and requests that all papers filed through the ECF system be served upon him by e-mail.

Dated: New York, New York
       December 4, 2007

By: _____/s/_____
    Richard D. Emery (RE 5181)

EMERY CELLI BRINCKERHOFF
& ABADY LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 763-5000

*Attorneys for Plaintiff*