UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
ALEXANDRA GERENA and                  :    07 Civ. 3976 (LBS/GWG)
CONSTANCE GERENA,                     :
                                      :    **CERTIFICATE OF SERVICE**
                                      :
            Plaintiffs,               :    ECF
                                      :
    -against-                         :
                                      :
GREGORY KORB and                      :
YALE UNIVERSITY,                      :
                                      :
            Defendants.               :
------------------------------------------------------X

       I, Ian Johnson, a Legal Assistant at Emery Celli Brinckerhoff & Abady LLP, hereby affirm under penalty of perjury that I am over eighteen (18) years old, and am **not** a party to this action, and I reside in the County of Kings, New York.

       On December 4, 2007, I caused to be served true and accurate copies of **(i) Notice of Motion Pursuant to Fed. R. Civ. P. 12 For Lack of Jurisdiction** dated December 3, 2007; **(ii) Defendant Korb's Memorandum of Law in Support of His Motion to Dismiss & in Partial Opposition to Co-Defendants' Yale University's Motion to Transfer,** dated December 4, 2007; and **(iii) Declaration of Kennisha Austin in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12** dated December 4, 2007 by placing the documents listed above in sealed Federal Express envelopes and affixing pre-paid air bills, and causing the envelopes to be delivered to a Federal express agent for delivery upon the intended parties mentioned below:

R. Scott Greathead
Wiggin & Dana LLP
450 Lexington Avenue, 38th Floor
New York, New York 10017
(212) 490-1700

*Attorneys for Defendant, Yale University*

David Rabin, Esq.
Rabin Law Office
3889 Crompond Road
Cortlandt Manor, New York 10567
(914) 739-3209

***Attorneys for Plaintiffs***

Dated: New York, New York
      December 4, 2007

                                          _____
                                          Ian Johnson