USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
ALEXANDRA GERENA and CONSTANCE GERENA,

                      Plaintiffs,

-against-

GREGORY KORB and YALE UNIVERSITY,

                      Defendants.
----------------------------------------------------X

ECF CASE
No. 07-CIV. 3976
(LBS/GWG)

**ORDER APPOINTING MARSHAL TO SERVE DEFENDANT KORB**

Plaintiffs, having moved this Court, ex-parte, to appoint a Marshal to serve the within Summons and Complaint upon defendant Gregory Korb under FRCP 4 ( c )(3) and it appearing to the Court that good cause has been shown in support of the application that the defendant Korb has made himself unavailable for service by other means, and that good cause exists for issuing this order ex-parte and without notice, it is

ORDERED that plaintiffs' motion for appointment of a Marshal is granted and the Marshal's Service is hereby appointed to serve the summons and complaint on said defendant Korb.

Dated:
US District Court, Southern District of New York
500 Pearl Street
New York, New York

_____
Leonard B. Sand
United States District Judge

7/9/08